No. 907. LAND COMPANY OF FLORIDA v. I. H. FETTY. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. George T. Cann* and *Samuel B. Adams* for petitioner. *Messrs. A. B. Lovett* and *Robert M. Hitch* for respondent.

No. 908. NATIONAL ELECTRIC TICKET REGISTER COMPANY v. AUTOMATIC TICKET REGISTER COMPANY. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis E. Giles* for petitioner. *Mr. E. W. Marshall* for respondent.

No. 910. JULIA BURNET RICE v. MARK EISNER, COLLECTOR OF INTERNAL REVENUE. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Marshall* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Messrs. Sewall Key, A. W. Gregg,* and *Fred W. Dewart* for respondent.

No. 911. HENRY C. DUNLAP v. UNITED STATES. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Sam G. Bratton* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Parmenter,* and *Mr. G. A. Iverson* for the United States.

No. 756. MILLER AND LUX, INCORPORATED v. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA, H. W. BRUNDIGE, C. L. SEAVEY, ET AL., ETC. Error to the Supreme Court of the State of California. April 11, 1927. On suggestion of diminution of the record the motion for a